UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL MILLER, | 2:12-CV-01664-LRH-VCF |
| Plaintiff, | |
| v. | MINUTE ORDER |
| CLARK COUNTY; CLARK COUNTY WATER RECLAMATION DISTRICT, | October 3, 2012 |
| Defendants. | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   <u>NONE APPEARING</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS**:

Before the court is Defendants' Motion to Dismiss Claims Against Defendant Clark County (#4)[1] and Plaintiff's Non-Opposition to the Defendant Clark Country's Motion to Dismiss (#5). Good cause appearing,

IT IS ORDERED that Defendants' Motion to Dismiss Claims Against Defendant Clark County (#4) is GRANTED.  Defendant Clark County is hereby DISMISSED from this action.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   <u>        /s/        </u>
      Deputy Clerk

---

[1] Refers to court's docket number.